UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BRYANT,<br><br>        Plaintiff,<br><br>     v.<br><br>BAY AREA COMMUNITY SERVICES, et al.,<br><br>        Defendants. | Case No. 21-cv-02002-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 15 |

On August 16, 2021, Bay Area Community Services filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was August 30, 2021.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before **September 30, 2021**, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before October 7, 2021.

///

///

///

///

///

The Court CONTINUES the hearing on Defendant's motion to dismiss to **October 21, 2021 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: September 13, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge